# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jesse R. Ecker<br>*Debtor(s)* | CHAPTER 13<br><br>NO. 05-33887 JAD |

## NOTICE OF ASSIGNMENT/TRANSFER OF CLAIM

A claim has been filed in this case. Transferee hereby gives evidence and notice of the transfer of the claim referenced in this notice.

Claim #1:
Amount of Claim: $63,200.00
Date Claim Filed: 10-27/2005
Late Four Digits of Account #: ******1280

| | |
|---|---|
| **Wells Fargo Bank, N.A., not in its individual capacity but solely as trustee for the RMAC Trust, Series 2010-7T**<br>Name of Transferee: | PNC BANK, NATIONAL ASSOCIATION S/B/M INTEGRA MORTGAGE COMPANY, 3232 NEWMARK DRIVE MAIAMISBURG, OH 45342-0000<br>Name of Transferor: |

Name and Address where notices should be sent:
**Wells Fargo Bank, N.A., not in its individual capacity but solely as trustee for the RMAC Trust, Series 2010-7T**
751 Kasota Ave
Minneapolis, MN 55414-0000

Please send all payments and notices to the above address.

Respectfully submitted,

/s/ Andrew F. Gornall, Esquire
Ann E. Swartz, Esquire
Andrew F. Gornall, Esquire
Thomas I. Puleo, Esquire
Attorneys for Movant/Applicant

Date: January 26, 2011

cc:   Ronda J. Winnecour
      Russell A. Burdelski Esq.